UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BRANDON FARNSWORTH and
TYRONE WILLIAMS,

    Plaintiffs,                    No. 17-10966

v.                                   District Judge Robert H. Cleland
                                       Magistrate Judge R. Steven Whalen

CAREY JOHNSON,

    Defendant.
_____/

**ORDER GRANTING LEAVE TO DEPOSE PLAINTIFF [ECF No. 35]**

Pursuant to Fed.R.Civ.P. 30(a)(2), the Defendant, through his counsel, the Attorney General of the State of Michigan, is hereby granted leave to conduct a deposition of the Plaintiff, Brian Farnsworth, No. 877718, at the Macomb Correctional Facility or any Michigan Department of Corrections facility at which Plaintiff Farnsworth is housed.

    IT IS SO ORDERED.

                                               s/R. Steven Whalen
                                             R. STEVEN WHALEN
                                             UNITED STATES MAGISTRATE JUDGE

Dated: September 5, 2019

**CERTIFICATE OF SERVICE**

      I hereby certify on September 5, 2019, that I electronically filed the foregoing paper with the Clerk of the Court sending notification of such filing to all counsel registered electronically. I hereby certify that a copy of this paper was mailed to non-registered ECF participants on September 5, 2019.