UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BRANDON FARNSWORTH AND
TYRONE WILLIAMS,

      Plaintiffs,

v.

                               CASE NO: 17-CV-10966

CAREY JOHNSON,

      Defendant.

                            /

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

      This matter was referred to United States Magistrate R. Steven Whalen pursuant to 28 U.S.C. §636(b)(1)(B) and Local Rule 72.1.  In his report filed on March 30, 2020, the magistrate judge recommended that this court grant Defendant Johnson's [ Dkt #47]  motion to dismiss Plaintiff Williams claims against her with prejudice.  No objections have been filed pursuant to 28 U.S.C.§ 636(b)(1)(C), thus further appeal rights are waived.[1]

      The court ADOPTS the Report and Recommendation for purposes of this Order.

      Accordingly, IT IS ORDERED that, for the reasons set forth in the Magistrate Judge's Report and Recommendation Defendant Johnson's [Dkt #47] Motion to Dismiss Tyrone Williams's Claims against her is **GRANTED** and the claims are  **DISMISSED WITH PREJUDICE.**

                            S/Robert H. Cleland
                           ROBERT H. CLELAND
                           UNITED STATES DISTRICT JUDGE

Dated:  April 30, 2020

---

    [1]The failure to object to the magistrate judge's report releases the court from its duty to independently review the motion.  *Thomas v. Arn*, 474 U.S. 140, 149 (1985).

I hereby certify that a copy of the foregoing document was mailed to counsel of record and/or pro se parties on this date, April 30, 2020, by electronic and/or ordinary mail.


   S/Lisa Wagner
Case Manager and Deputy Clerk
(810) 292-6522


.