UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BRANDON FARNSWORTH, et al.,

          Plaintiffs,

v.

CAREY JOHNSON,

          Defendant.
_____/

Case No. 17-10966
District Judge Robert H. Cleland
Magistrate Judge R. Steven Whalen

**ORDER**

Before the Court is Defendant's Motion to Amend Scheduling Order [ECF No. 46]. Specifically, Defendant seeks to extend the cut-off dates for discovery and dispositive motions so that he can take the deposition of Plaintiff Tyrone Williams. However, Williams has been dismissed. *See* ECF No. 61 (Order of Dismissal), adopting Report and Recommendation, ECF No. 56. Therefore, the request for an extension of discovery as to Williams is moot. Defendant has not requested an extension of discovery in relation to Plaintiff Farnsworth.

I will, however, partially amend the scheduling order to extend the time for filing dispositive motions 30 days.

Accordingly, Defendant's motion to amend scheduling order [ECF No. 46] is GRANTED IN PART. Dispositive motions will be filed on or before JULY 8, 2020.

-1-

IT IS SO ORDERED.

s/R. Steven Whalen
R. STEVEN WHALEN
United States Magistrate Judge

Dated: June 8, 2020

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was sent to parties of record on June 8, 2020 electronically and/or by U.S. mail.

s/Carolyn M. Ciesla
Case Manager