**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

_____

BRANDON FARNSWORTH,

               Plaintiff,

v.                                         Case No. 17-10966

CAREY JOHNSON,

               Defendant.

_____/

### JUDGMENT

       In accordance with the "Opinion and Order Granting Defendant's Motion for Summary Judgment" entered on September 21, 2020,

       IT IS ORDERED AND ADJUDGED that judgment is entered for Defendant Carey Johnson, and against Plaintiff Brandon Farnsworth. Dated at Port Huron, Michigan, September 21, 2020.

                                    DAVID J. WEAVER
                                     CLERK OF THE COURT

                                     By: s/Lisa Wagner
                                       Lisa Wagner, Case Manager
                                     to Judge Robert H. Cleland

S:\Cleland\Cleland\JUDGE'S DESK\C2 ORDERS\17-10966.FARNSWORTH.Judgment.RMK.docx